United States District Court
Southern District of Texas

**ENTERED**

April 03, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **ANAY FRANCO-CIGALA,** | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| v. | § | Civil Action No. **1:26-cv-302** |
| | § | |
| **WARDEN OF EL VALLE** | § | |
| **DETENTION FACILITY**, in his official | § | |
| capacity, *et al.*, | § | |
| Respondents. | § | |

**ORDER**

Before the Court is Petitioner Anay Franco-Cigala's "Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241" ("§ 2241 Petition"); Franco-Cigala lists various Respondents (collectively, the "Government").  Dkt. No. 1.  Franco-Cigala, a citizen of Cuba, claims that her detention violates the Fifth Amendment's Due Process Clause.  Dkt. No. 1 at 4, 11–12.

On February 25, 2026, the Court issued its decision in *Alvarez-Rico v. Noem et al.*, No. 4:26-cv-00729, 2026 WL 522322 (S.D. Tex. Feb. 25, 2026) (J. Ellison), which held that the Government's "re-detention of [the petitioner] without a pre-detention showing (or even allegation) of a change in his circumstances violated [the petitioner's] procedural due process rights." *Alvarez v. Noem et al.*, No. 4:26-cv-00729, 2026 WL 5222322, at *6 (S.D. Tex. Feb. 25, 2026) (J. Ellison).  In light of the Court's *Alvarez-Rico* decision, it does not plainly appear from Franco-Cigala's § 2241 Petition that she is not entitled to the requested relief.  Franco-Cigala's allegations, taken together, suffice to raise genuine questions as to whether her continued detention violates federal law and the United States Constitution.  Therefore, the Court must "forthwith award the writ [of habeas corpus] or

issue an order directing the respondent to show cause why the writ should not be granted." 28 U.S.C. § 2243. "The writ, or order to show cause shall be directed to the person having custody of the person detained," and must be returned within three days unless good cause exists to require additional time, not to exceed twenty days. *Id.*

The Government is **ORDERED** to file a response to Franco-Cigala's § 2241 Petition on or before **April 17, 2026**. If Franco-Cigala wishes to file a reply to the Government's response, she must do so within **7 days** of receiving the Government's response. Franco-Cigala and the Government are **DIRECTED** to inform the Court as to who is the warden of El Valle.

**SO ORDERED**.


**SIGNED** on this **3rd** day of **April, 2026**, at Brownsville, Texas.


_____
**Ignacio Torteya, III**
**United States Magistrate Judge**